ORDERED in the Southern District of Florida on 03/09/07



Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

| | |
|---|---|
| In re: | Case No. 05-28440-BKC-RBR |
| Joan E. Moodie, | Chapter 7 |
| Debtor_____/ | |
| Soneet R. Kapila | |
| Plaintiff | Adv No. 06-1274 |
| v. | |
| Joan E. Moodie | |
| and | |
| Gillon M. Crosdale | |
| Defendants._____/ | |

### FINAL JUDGMENT

THIS MATTER came before the Court for trial on January 23, 2007, on the Complaint filed

Page 1 of 2

by the Trustee, Soneet Kapila, objecting to the discharge of the Debtor, Joan Moodie, pursuant to 11 U.S.C. §727. In accordance with Fed. R. Bankr. P. 9021 and consistent with this Court's *Memorandum Opinion Denying Complaint To Avoid and Recover Fraudulent Transfer Pursuant To 11 U.S.C.§548 and Florida Statutes §726 et seq. And To Sell Real Property Pursuant to 11 U.S.C. §363(h)*, it is hereby,

**ORDERED and ADJUDGED**

1. The Trustee's Complaint to Avoid and Recover Fraudulent Transfer Pursuant To 11 U.S.C.§548 and Florida Statutes §726 et. seq. is **DENIED**

2. The Trustee's Complaint To Sell Real Property Pursuant to 11 U.S.C. §363(h) is **DENIED**.

Copies to:
Michael R. Bakst, Esq.
Chester G. McLeod, Esq.
Mitchell H. Sens, Esq.
Gillion M. Crosdale
Joan E. Moodie
Soneet Kaplia