ORDERED in the Southern District of Florida on 03/09/07



_____
Raymond B. Ray, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

| | |
|---|---|
| In re: | Case No. 05-28440-BKC-RBR |
| Joan E. Moodie, | Chapter 7 |
| Debtor_____/ | |
| Soneet R. Kapila | |
| Plaintiff | Adv No. 06-1274 |
| v. | |
| Joan E. Moodie | |
| and | |
| Gillon M. Crosdale | |
| Defendants._____/ | |

## FINAL JUDGMENT

THIS MATTER came before the Court for trial on January 23, 2007, on the Complaint filed

by the Trustee, Soneet Kapila, objecting to the discharge of the Debtor, Joan Moodie, pursuant to 11 U.S.C. §727. In accordance with Fed. R. Bankr. P. 9021 and consistent with this Court's *Memorandum Opinion Denying Objection to Discharge*, it is hereby,

**ORDERED and ADJUDGED**

1. The Trustee's Objection to Discharge (C.P.1) Pursuant to 11 U.S.C. §727(a)(2) is **DENIED**.

2. The Trustee's Objection to Discharge (C.P.1) Pursuant to 11 U.S.C. §727(a)(3) is **DENIED**.

3. The Trustee's Objection to Discharge (C.P.1) Pursuant to 11 U.S.C. §727(a)(4) is **DENIED**.

Copies to:
Michael R. Bakst, Esq.
Chester G. McLeod, Esq.
Mitchell H. Sens, Esq.
Gillion M. Crosdale
Joan E. Moodie
Soneet Kaplia